**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **YAILYN RAMOS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **CAUSE NO.  EP:23-CV-242-KC** |
| **WELLS FARGO BANK, NATIONAL** § | |
| **ASSOCIATION; and EQUIFAX** § | |
| **INFORMATION SERVICES, LLC,** § | |
| § | |
| **Defendants.** § | |

## ORDER

On this day, the Court considered Plaintiff Yailyn Ramos's Notice of Voluntary Dismissal, ECF No. 7, filed on August 18, 2023, in the above-captioned case.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 22nd day of August, 2023.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE